

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00006-CV

| | | |
|---|---|---|
| LAURIE B. GRADY, Appellant | § | On Appeal from the 153rd District Court |
| v. | | |
| | § | of Tarrant County (153-290822-17) |
| NATIONSTAR MORTGAGE LLC, AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5, Appellees | § | September 3, 2020 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment on Appellant Laurie B. Grady's Texas Finance Code Section

392.304(a)(8) claim based on the second Rule 736 proceeding and remand that claim to the trial court. We affirm the remainder of the trial court's judgment.

It is further ordered that each party must bear their own appellate costs.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr